George F. Allen   SBN 145357
1903 21st Street
Sacramento, CA 95811
916/444-8765
*looga@looga.com*

Joseph E. Maloney  SBN 95458
12005 Peregrine Way
Auburn  CA 95603
(530) 885-7787
*Joseph.maloney@jmaloneylaw.com*

Attorneys for Plaintiff Christopher Froom

James Y. Wu SBN 213090
*jwu@wucastillo.com*
Claudia J. Castillo SBN 215603
*ccastillo@wucastillo.com*
WU CASTILLO, P.C.
3100 Oak Road, Suite 100
Walnut Creek, CA 94597
Attorneys for Defendants MillerCoors, MillerCoors LLC, and Crispin Cider Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FROOM, | Case No.  2:15-CV-00708-TLN-CKD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR FILING |
| MILLERCOORS; MILLERCOORS LLC; | OF FIRST AMENDED COMPLAINT |
| CRISPIN CIDER COMPANY; DOES 1 to 50, | |
| Defendants. | |

   It is hereby stipulated, by and between Plaintiff Christopher Froom and Defendants MillerCoors, MillerCoors LLC, and Crispin Cider Company, through their attorneys of record, as follows:

1. The First Amended Complaint attached hereto as Exhibit A may be filed in this case and shall become the operative Complaint.

2. No Answer or other pleading responsive to the First Amended Complaint is required Defendant's Answer to the original Complaint is deemed to be the Answer to the First Amended Complaint.

Dated: 8/17/2016  　　　/s/_____
　　　　　　　　　　　　　George F. Allen
　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　CHRISTOPHER FROOM

Dated: 8/9/2016  　　　　/s/_____
　　　　　　　　　　　　　James Y. Wu
　　　　　　　　　　　　　WU CASTILLO, P.C.
　　　　　　　　　　　　　3100 Oak Road, Suite 100
　　　　　　　　　　　　　Walnut Creek, CA 94597

## ORDER

The First Amended Complaint (FAC) shall be filed with the Court by the appropriate party within seven (7) days of this signed Order.

IT IS SO ORDERED.

Dated: August 19, 2016

_____
Troy L. Nunley
United States District Judge