George F. Allen, SBN 145357
1903 21st Street
Sacramento, CA 95811
916/444-8765
looga@looga.com

Joseph E. Maloney, SBN 95458
12005 Peregrine Way
Auburn CA 95603
(530) 885-7787
Joseph.maloney@jmaloneylaw.com

Attorneys for Plaintiff Christopher Froom


JAMES Y. WU, SB# 213090
        Email:  jwu@wucastillo.com
CLAUDIA J. CASTILLO, SB# 215603
        Email:  ccastillo@wucastillo.com
WU CASTILLO, P.C.
3100 Oak Road, Suite 100
Walnut Creek, California 94597
Telephone:  (925) 658-0300


Attorneys for Defendant MILLERCOORS, LLC
and CRISPIN CIDER COMPANY


UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FROOM,<br><br>Plaintiff,<br><br>vs.<br><br>MILLERCOORS; MILLERCOORS LLC; CRISPIN CIDER COMPANY; CRISPIN CIDER LLC; DOES 1 to 50,<br><br>Defendants. | CASE NO. 2:15-cv-00708-TLN-CKD<br><br>**STIPULATION AND ORDER RE: DISCOVERY REQUESTS REGARDING DEFENDANTS' FINANCIAL INFORMATION**<br><br>Action filed:  March 27, 2015 |

2:15-cv-00708-TLN-CKD                                   1
STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY REQUESTS REGARDING DEFENDANTS' FINANCIAL INFORMATION

WHEREAS, Plaintiff has propounded Plaintiff's Interrogatories, Set Two and Plaintiff's third set of Request For Identification And Production Of Documents And Things, (incorrectly labeled as Set No. 2), which seek information regarding the financial status of Defendants, as well as the names of witnesses with knowledge of Defendants' financial status.

WHEREAS, Defendants anticipate filing a motion for summary judgment, which may obviate the need for Defendants to respond to Plaintiff's discovery.

THEREFORE, it is hereby stipulated, by and between Plaintiff Christopher Froom and Defendants MillerCoors LLC and Crispin Cider Company, through their respective attorneys of record, as follows:

(1)    Defendants' time to respond to Plaintiff's Interrogatories, Set Two and Plaintiff's third set of Request For Identification And Production Of Documents And Things, (incorrectly labeled as Set No. 2) is extended (or may be deemed moot) as set forth below.   In exchange, Defendants agree as follows.

(2)    If Defendants prevail on their motion for summary judgment, Plaintiff's discovery will become moot.

(3)    If Defendants' do not prevail on their motion for summary judgment (and the Parties do not otherwise resolve this matter by that time) Defendants will produce the following documents within 10 calendar days after the Court rules on Defendants' motion for summary judgment:
A copy of Defendants' 10K Form document(s) for the year 2016 and the most current year at the time of production.

Plaintiff's counsel shall have 7 calendar days to review the Form 10K document(s) produced by Defendants (if necessary pursuant to this Paragraph 3) to ensure that said documents satisfy Plaintiff's request within the scope of what Defendants must legally provide to Plaintiff with regards to Defendants' financial information.  If Plaintiff is not

1 satisfied that the 10K Form document(s) satisfy Plaintiff's requests for Defendant's financial information, and does not comply with what Defendants must legally provide to Plaintiff with regards to Defendants' financial information, the Parties will meet and confer to reach an agreement.

(4) If Plaintiff is satisfied that the 10K Form document(s) provided are sufficient, Defendants will stipulate to the authenticity of the 10K Form documents produced as set forth in this Stipulation, within 10 calendar days after Plaintiff's counsel informs Defendants that the 10K Form document(s) satisfy Plaintiff's inquiry.  Once Defendants authenticate said 10K Form document(s), Plaintiff's discovery will be deemed satisfied and Defendants will not have to provide any further response to said discovery.

(5) In the event Defendants do not file a motion for summary judgment by February 6, 2017, then Defendants shall produce said 10K Form document(s) by February 9, 2017.  If Plaintiff is satisfied that the 10K Form document(s) provided are sufficient, Defendants will stipulate to the authenticity of the 10K Form document(s) produced as set forth in this Stipulation, within 10 calendar days after Plaintiff's counsel informs Defendants that the 10K Form documents satisfy Plaintiff's inquiry.  Once Defendants authenticate said 10K Form document(s), Plaintiff's discovery will be deemed satisfied and Defendants will not have to provide any further response to said discovery.

(6) In the event that Defendants do not prevail on their motion for summary judgment, and in the event that Defendants provide said 10K Form document(s) to Plaintiff and Plaintiff deems said documents insufficient, then Defendants shall have 20 days to respond to Plaintiff's discovery.

/ / /

/ / /

/ / /

(7)     The Parties agree that any documents produced by Defendants pursuant to this Stipulation shall be marked "CONFIDENTIAL" and shall be subject to the Protective Order executed by Plaintiff's counsel on March 24, 2016 and by Defendants' counsel on March 23, 2016, and entered by Magistrate Judge Carolyn K. Delaney on March 29, 2016.

Dated: 9/21/2016

    /s/ George F. Allen
George F. Allen
Attorney for Plaintiff
CHRISTOPHER FROOM

Dated: 9/21/2016

WU CASTILLO, P.C.

    /s/ Claudia J. Castillo
George F. Allen
CLAUDIA J. CASTILLO
Attorneys for Defendant MILLERCOORS,

ORDER

IT IS SO ORDERED.

Dated:  September 23, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE