George F. Allen   SBN 145357
1903 21st Street
Sacramento, CA 95811
916/444-8765
*looga@looga.com*

Joseph E. Maloney  SBN 95458
12005 Peregrine Way
Auburn  CA 95603
(530) 885-7787
*Joseph.maloney@jmaloneylaw.com*

Attorneys for Plaintiff Christopher Froom

James Y. Wu SBN 213090
*jwu@wucastillo.com*
Claudia J. Castillo SBN 215603
*ccastillo@wucastillo.com*
WU CASTILLO, P.C.
3100 Oak Road, Suite 100
Walnut Creek, CA 94597
Attorneys for Defendants MillerCoors LLC, and Crispin Cider Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FROOM,<br><br>                Plaintiff,<br><br>vs.<br><br>MILLERCOORS; MILLERCOORS LLC; CRISPIN CIDER COMPANY; CRISPIN CIDER LLC; DOES 1 to 50,<br><br>                Defendants. | Case No.  2:15-CV-00708-TLN-CKD<br><br>STIPULATION AND ORDER RE: FILING REDACTED COPIES OF EXPERT WITNESS REPORTS |

Pursuant to Local Rule 140(b), it is hereby stipulated, by and between Plaintiff Christopher Froom and Defendants MillerCoors LLC, and Crispin Cider Company, through their attorneys of record, as follows:

The parties are to file their expert witness disclosures on November 10, 2016. ECF No. 10 ¶V. The parties anticipated disclosures include expert reports from medical professionals containing confidential information about the plaintiff. The parties will file such expert reports with redaction of such confidential information. On the same day, the parties' counsel will provide to each other by electronic mail un-redacted versions of the respective reports. Should the Court or the parties later find the Court's reference to an un-redacted version desirable, the parties will file un-redacted versions under seal.

Dated: 11/9/16                               /s/    Joseph E. Maloney
                                             George F. Allen
                                             Attorney for Plaintiff
                                             CHRISTOPHER FROOM


Dated: 11/9/16                               /s/    James  Y. Wu
                                             James Y. Wu
                                             Attorney for Defendants
                                             MILLERCOORS, LLC and CRISPIN
                                             CIDER COMPANY


ORDER

IT IS SO ORDERED.


Dated: November 16, 2016

                                             _____
                                             Troy L. Nunley
                                             United States District Judge