George F. Allen   SBN 145357
1903 21st Street
Sacramento, CA 95811
916/444-8765
*looga@looga.com*

Joseph E. Maloney  SBN 95458
12005 Peregrine Way
Auburn  CA 95603
(530) 885-7787
*Joseph.maloney@jmaloneylaw.com*

Attorneys for Plaintiff Christopher Froom

James Y. Wu SBN 213090
*jwu@wucastillo.com*
Claudia J. Castillo SBN 215603
*ccastillo@wucastillo.com*
WU CASTILLO, P.C.
3100 Oak Road, Suite 100
Walnut Creek, CA 94597
Attorneys for Defendants MillerCoors LLC, and Crispin Cider Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FROOM,<br><br>            Plaintiff,<br><br>vs.<br><br>MILLERCOORS; MILLERCOORS LLC; CRISPIN CIDER COMPANY; CRISPIN CIDER LLC; DOES 1 to 50,<br><br>            Defendants. | Case No.  2:15-CV-00708-TLN-CKD<br><br>STIPULATION AND ORDER RE:<br>PARTIES' EXCHANGE OF REBUTTAL<br>EXPERT WITNESS REPORTS |

   Pursuant to this Court's Pretrial Scheduling Order (ECF No. 10 ¶V), on or before November 30, 2016, the parties will provide each other with a "list of expert witnesses who will

express an opinion on a subject covered by an expert witness designated by an adverse party" ("Rebuttal Experts"). (*Id.*, 2:20-23). At Defendants' request, the parties hereby stipulate, through their respective counsel, that the parties shall exchange Rebuttal Expert reports on or before December 16, 2016. The parties further stipulate that they will not object on the basis of the date of submission of the Rebuttal Expert's reports if produced by December 16, 2016, while all other objections being preserved. The parties state that the December 16, 2016 date shall not interfere with the current deadline of March 9, 2017 for hearing any dispositive motions. (*Id.*, 4:15-17).

Dated: 11/30/16                               /s/   George F. Allen
                                              George F. Allen
                                              Attorney for Plaintiff
                                              CHRISTOPHER FROOM


Dated: 11/30/16                               /s/   James Y. Wu
                                              James Y. Wu
                                              Attorney for Defendants
                                              MILLERCOORS, LLC and CRISPIN
                                              CIDER COMPANY


ORDER

   IT IS SO ORDERED.


Dated: December 5, 2016

                                              _____
                                              Troy L. Nunley
                                              United States District Judge